UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OUTLAW LABORATORY, L.P.,

    Plaintiff,

v.                        Case No. 19-11451

EXPRESS 100, INC.,
et al.,

    Defendants.
                        /

## JUDGMENT

In accordance with the court's docket text entry granting Plaintiff's Motion for Default Judgment (ECF No. 36) entered on December 12, 2019,

IT IS ORDERED AND ADJUDGED that judgment is entered for Plaintiff Outlaw Laboratory, L.P., and against Defendant A & J Fuel, LLC, in the amount listed below which is inclusive of costs and attorneys' fees.

Dated at Port Huron, Michigan, January 3, 2020.

1. Plaintiff shall receive a judgment against Defendant A & J Fuel, LLC, in the amount of $63,687.40.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                                        S/Lisa Wagner
                                        By: Case Manager and Deputy Clerk to
                                              Judge Robert H. Cleland